PEOPLE *v.* BAGOZZI.

This case is controlled by *People* v. *Nappo, ante,* 89.

Error to recorder's court for the city of Detroit; Brennan (John V.), J. Submitted April 17, 1930. (Docket No. 143, Calendar No. 34,620.) Decided June 2, 1930.

Rachiel Bagozzi was convicted of larceny. Affirmed.

*Eugene A. Walling,* for appellant.

*Wilber M. Brucker,* Attorney General, *James E. Chenot,* Prosecuting Attorney, and *W. Gomer Krise,* Assistant Prosecuting Attorney, for the people.

McDONALD, J. The defendant was jointly charged with one Rose Nappo with the larceny of goods of the value of $104.55 from the store of Ernst Kern

Company on Woodward avenue in the city of Detroit, Michigan.    She reviews her conviction on error.

The record presents two questions, unlawful search and seizure and invalidity of the information. On the same facts, both of these questions were determined adversely to the defendant in *People* v. *Nappo, ante,* p. 89.

The judgment of conviction is affirmed.

WIEST, C. J., and BUTZEL, CLARK, POTTER, SHARPE, NORTH, and FEAD, JJ., concurred.